OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2020 OK 69
Case Number: SCBD-6800
Decided: 09/14/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 69, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONCOMPLIANCE WITH MANDATORY CONTINUING LEGAL EDUCATION REQUIREMENTS FOR THE YEAR 2018

ORDER STRIKING NAMES

The Board of Governors of the Oklahoma Bar Association filed an application for an Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls and from the practice of law in the State of Oklahoma for failure to comply with the Rules for Mandatory Continuing Legal Education, 5 O.S. 2001, ch. 1, app. 1-B, for the year 2018.

Pursuant to Rule 6(d) of the Rules for Mandatory Continuing Legal Education, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Association and the practice of law in the State of Oklahoma by Order of this Court on June 10, 2019, for noncompliance with Rules 3 and 5 of the Rules for Mandatory Continuing Legal Education for the year 2018. Based on its application, this Court finds that the Board of Governors determined at their August 28, 2020, meeting that none of the Oklahoma Bar Association's members named on Exhibit A, attached hereto, have applied for reinstatement within one year of the suspension order. Further the Board of Governors requested that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and their names should therefore be stricken from its membership rolls and the Roll of Attorneys. This Court finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.

It is therefore ordered that the attorneys named on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys for failure to comply with the Rules for Mandatory Continuing Legal Education for the year 2018.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 14th DAY OF SEPTEMBER, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

Â 

Â 

Brent Douglas Berry, OBA 18013
West Ylla Gosney Law Office
8 SW 89th St., Ste. 200
Oklahoma City, OK 73139-8533

Jess Lynn Brewer II, OBA 14680
13428 Palm Ave.
Edmond, OK 73013

Creighton Coy Collier, OBA 19434
4618 S. Columbia Pl.
Tulsa, OK 74105

William Christopher Cook, OBA 18035
1001 NW 63rd., Ste. 290
Oklahoma City, OK 73116

Bryan Lynn Kingery, OBA 15507
P.O. Box 398
Ada, OK 74821-0398

Emilie P. Kirkpatrick, OBA 21257
1901 N. Classen, Ste. 100
Oklahoma City, OK 73106

Joan Marie Lamson, OBA 18756
3709 N. Miller Ave.
Oklahoma City, OK 73112

Brandon Scott Nichols, OBA 18973
215 N. Cooke Tr.
Edmond, OK 73034

Thomas Edward Quirk, OBA 30793
P.O. Box 849
780 FM 1626
Manchca, TX 78652-0849

Amber Ann Sweet, OBA 31725
10535 E. 156th St., N
Collinsville, OK 74021